1983 Form

# In the United States District Court
# For the Northern District of Alabama

George Cowlin

_____

_____

CV-17-HA-0005-W

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Willie Bennett
Deboroah Toney
Willie Thomas
John Hutton

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

  B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): N/A

      Defendant(s) N/A

   2. Court (if Federal Court, name the district; if State Court, name the county)

      N/A

   3. Docket Number

   4. Name of judge to whom case was assigned

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. Place of present confinement  Bibb County

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)   No ( )

   C. If your answer is YES:
      1. What steps did you take? I have Notified the Seg board about these matter's over and over.
      2. What was the result? None

   D. If your answer is NO, explain why not?

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s)  George Cowlin #228126

   Address  565 Bibb Lane Brent Ala, 35034

-2-

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Willie Bennett
   is employed as Warden I
   at Bibb County Correctional facility

C. Additional Defendants Deloraoh Toney Warden II at Bibb County Correctional facility, Willie Thomas Warden III at Bibb County Correctional facility, John Hutton Captain at Bibb County Correctional facility

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I have Notifyed each party about the living Conditions here in Seg. There is No sprinkler system in these cells. There is a steal plate Covering the inside of the windows with only 24 small holes in them, which does not give the proper air nor sun light. The ventilation system dose not work properly. The Showers have thick mold in them from Not being Cleaned. There has been a major lack of Security which is why the fights and stabbing are at a' all time high, we are force to fend for our self. The Sanitation is very poor, we are living in a cell where there is thick smutt on the walls from a previous fire and when we are allow to clean up it's only with a broom and mop

V.  RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the Courts enforce my Constitutional Rights, and place people that are fit to preform the duties of these stated officer in persition. I would like each of these officers to be fiored, and if not a Replacement of these officers that I be transfered.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12-29-16__
     (date)

George Cowlin 228126

Signature(s)

- 4 -